IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>      Plaintiff,<br><br>    v.<br><br>DANIEL REID,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 04-684-SLR<br>)<br>)<br>)<br>) |

**DENIAL OF DEFAULT REQUEST**

THE APPLICATION FOR ENTRY OF DEFAULT IN APPEARANCE is denied as plaintiff has failed to provide proof of service via a return receipt from the United States Postal Service or other postal carrier showing defendant actually received such mailings as averred in the affidavit of Maribeth L. Minella[1].

Dated: June 9, 2005

_____
(By) Deputy Clerk

---

[1] Noteworthy, the attached summons and certificate of service to the application for entry of default are for a Charles McCrea, who is not the defendant in this action. (See D.I. 7)